# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| Boardwell, LLC, | |
| *Plaintiff,* | Case No. 1:25-cv-00381 |
| v. | |
| Monexaba.vip, *et al*, | **Declaration of Marshal Hoda** |
| *Defendants.* | |

I, Marshal Hoda, state and swear as follows.

1. My name is Marshal J. Hoda. I am of sound mind and capable of making this Declaration. I have personal knowledge of the facts stated herein. I represent the plaintiff in this matter, Boardwell, LLC.

2. I personally reviewed Plaintiff's Motion for *Ex Parte* Temporary Restraining Order and Expedited Discovery, which sets out facts and offers argument as to why the Court should enter a freezing order in this case without notice to the defendants. I verify the statements set out there and urge the Court to grant the Motion for the same reasons.

- 2 -

**SIGNATURE PAGE**

    I hereby swear, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

_____
Marshal Hoda
Attorney & Founder
The Hoda Law Firm, PLLC

July 23, 2025