| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| BOARDWELL, LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| versus | § CIVIL ACTION NO. 1:25-CV-381 |
| | § |
| MONEXABA.VIP, RON WILSON, AND JOHN DOES, | § |
| | § |
| Defendants. | § |

## ORDER

Only July 23, 2025, Plaintiff Boardwell, LLC ("Boardwell") filed its Complaint (#1) against Monexaba.vip, Ron Wilson, and John Does 1 – 20 (collectively, the "Defendants"), asserting causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c), conversion, and fraud. Boardwell asserts that it is a Texas limited liability company,[1] and that the victim of the underlying alleged scheme assigned her accrued causes of action against Defendants to Boardwell.

The Complaint states: "Venue is proper in this district pursuant to 28 U.S.C. § 1391(c)(3), which provides that a foreign defendant may be sued in any judicial district." 28 U.S.C. § 1391(c)(3) provides: "a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants." 28 U.S.C. § 1391(c)(3). The Complaint further provides that:

---

[1] Boardwell does not specify its principal place of business or the citizenship of each of its members.

7. Monexaba.vip is a fraudulent cryptocurrency-investment platform. Its headquarters and situs of organization (if any), are presently unknown.

8. Ron Wilson is an individual who claims to be a permanent resident of the United States but originally from Dubai. His present whereabouts are unknown.

9. Defendants John Doe 1 – 20 are as-yet unidentified individuals, business entities, and/or unincorporated associations. These persons are monexaba.vip's and Wilson's co-conspirators.

The court orders Boardwell to submit briefing on or before **Monday, July 28, 2025, at 5 p.m.**, addressing whether there is a proper basis to support venue in this matter in the Beaumont Division of the Eastern District of Texas.

SIGNED at Beaumont, Texas, this 24th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE