UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Boardwell, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>Monexaba.vip, Ron Wilson, and John Does 1 – 20,<br><br>*Defendants.* | Case No. 1:25-cv-00381<br><br>**Plaintiff's Notice of Voluntary Dismissal** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Boardwell, LLC, hereby provides notice of voluntary dismissal of the above-captioned action without prejudice. No defendant has served an answer or motion for summary judgment in this matter.

//

| | |
|---|---|
| Dated: July 28, 2025 | Respectfully submitted, |

THE HODA LAW FIRM, PLLC

_____
Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*