| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BOARDWELL, LLC, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:25-CV-381
§
MONEXABA.VIP, RON WILSON, AND §
JOHN DOES, §
§
§
      Defendants. §

## ACKNOWLEDGMENT OF DISMISSAL

The Plaintiff has filed a Notice of Dismissal (#4) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing party served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the Plaintiff's voluntary dismissal. Each party shall bear its own costs of court and attorneys' fees.

SIGNED at Beaumont, Texas, this 28th day of July, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE